**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 11, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:21–bk–00888–CPM<br>Chapter 7 |
| Terri Awesome Miller<br>dba Crooked Crown<br>fka Terri Miller Turnbull<br>fka Terri Miller Mooney<br>fka Terri Lynn Miller | |
| _____Debtor*_____/ | |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Anthony Caracappa , Doc. # 6 . After review, the Court determines that the motion is deficient as follows:

> Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.