**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 18, 2021**

_Catherine M<sup>c</sup>Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:21−bk−00888−CPM<br>Chapter 7 |
| Terri Awesome Miller<br>dba Crooked Crown<br>fka Terri Miller Turnbull<br>fka Terri Miller Mooney<br>fka Terri Lynn Miller | |
| _____Debtor*_____/ | |

### ORDER DENYING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CASE came on for consideration, without hearing, of the Amended Motion for Relief from Automatic Stay filed by Anthony Caracappa, An Individual as Attorney In Fact and On Behalf of Kim Marcus, an Individual , Doc. # 9 . After review, the Court determines that the motion is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

.

Accordingly it is

***ORDERED:***

 The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.