ORDERED.

Dated: April 28, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 8:21-bk-00888-CPM** |
| **TERRI AWESOME MILLER** | **CHAPTER 7** |
| Debtor. | |
| _____/ | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration without a hearing on ANTHONY CARACAPPA, AN INDIVIDUAL AS ATTORNEY IN FACT AND ON BEHALF OF KIM MARCUS, AN INDIVIDUAL ("Secured Creditor") Amended Motion for Relief from Stay (Docket No. 12). No appropriate response has been filed in accordance with local rule 2002-4. Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Amended Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 418 E. Park Ave. Lake Wales, FL 33853 (the "Premises").

3. The fourteen-day stay is waived.

4. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

5. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to facilitate a seamless recovery of Secured Creditor's premises.

###

Attorney, Jennifer Englert is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.